IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-339-KDB-DCK

| | |
|---|---|
| JASON HEARN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| J.L. HENDRICK MANAGEMENT CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Certificate Of Settlement Conference" (Document No. 6) filed September 22, 2023.

By the instant filing, counsel for the parties indicate that a stay of fourteen (14) days might enable them to settle this matter through further settlement negotiations. The Court commends counsel and the parties for their efforts to resolve this lawsuit and will allow a brief stay.

**IT IS, THEREFORE, ORDERED** that this matter is **STAYED** until **October 10, 2023**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement or a Status Report on or before **October 10, 2023**.

**SO ORDERED**.

Signed: September 25, 2023

David C. Keesler
United States Magistrate Judge