# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:23-CV-339-KDB-DCK

| | | |
|---|---|---|
| **JASON HEARN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **J.L. HENDRICK MANAGEMENT** | ) | |
| **CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Status Report And Request For Extension Of Deadline To File Notice Of Settlement" (Document No. 12) filed October 10, 2023.

By the instant filing, counsel for the parties indicate that "more time is needed for the parties to finalize the settlement agreement between them." (Document No. 12, p. 2).

**IT IS, THEREFORE, ORDERED** that this matter is **STAYED** until **October 24, 2023**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement or a Status Report on or before **October 24, 2023**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a response to "Trustmark Health Benefits, Inc.'s Motion To Dismiss Under Fed. R. Civ. P. 12(b)(6)" (Document No. 8) on or before **November 7, 2023**.

Signed: October 10, 2023

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge